UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

JOSHUA ESTRADA

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:08-CR-0364  (GHL)

Robert Bogdan, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

__XX__ guilty ___ nolo contendere as to count(s) 1 and 3 as superseded on the record.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Disorderly Conduct, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 240.20 of the NY State Penal Code and Unlawful Operation, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 509.1 of the New York Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED:** June 8, 2008

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay fines of $ 250.00 on count 1 and $100.00 on count 3, in addition to a special assessment of $ 5.00 for each count. Total of the fines and special assessments amount to $360.00, payable no later than December 15, 2008. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** the original counts of the Information are dismissed on motion of the United States.

September 10, 2008
Date of Imposition of Sentence

_September 25, 2008_
DATE SIGNED

_____
GEORGE H. LOWE
U.S. Magistrate Judge